United States Bankruptcy Court
Central District of California

In re:                                                              Case No. 11-10976-RK
Western Supreme, Inc.                                               Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-8          User: admin              Page 1 of 1              Date Rcvd: Jun 28, 2011
                              Form ID: pdf031          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2011.
db          +Western Supreme, Inc.,    11412 Drysdale Lane,   Los Alamitos, ca 90720-2938
aty         +James A De Sario,   The Nourmand Law Firm,    1801 Century Park E Ste 2600,
              Los Angeles, CA 90067-2328
aty         +Michael Nourmand,    The Nourmand Law Firm APC,   1801 Century Park E Ste 2600,
              Los Angeles, CA 90067-2328
aty         +W Hennen Ehrenclou,   Weinstock & Scavo, P.C.,    3405 Piedmont Rd NE Ste 300,
              Altanta, GA 30305-1728

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Dulce Maria & Jesus Hernandez
cr           Marisol  Campos
cr           Midwest Food & Poultry, Inc.
cr           Victory Foods, LLC
                                                                                    TOTALS: 4, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 30, 2011**                          **Signature:** _Joseph Speetjens_

1  Shawn A. McMillan, Esq., SBN 208529
   attyshawn@netscape.net
2  J.I. McMillan, Esq., SBN 68584
   **THE LAW OFFICES OF SHAWN A. MCMILLAN, APC**
3  4955 Via Lapiz
   San Diego, California 92122-3910
4  Tel: (858) 646-0069 Fax:(206) 600-4582

**FILED & ENTERED**

**JUN 28 2011**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY** mccall    **DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>WESTERN SUPREME, INC.,<br>   dba SUNNY CALIFORNIA POULTRY,<br>   dba UNITED FOOD COMPANY,<br><br>   Debtor and Debtor-in-Possession. | CASE NO. 8:11-bk-10976-RK<br><br>Chapter 11<br><br>**ORDER SETTING OBJECTION BAR DATE AND FURTHER STATUS CONFERENCE.**<br><br>Date:  June 22, 2011<br>Time:  11:00 a.m.<br>Ctrm:  5D |

On June 22, 2011, at 11:00 a.m., the Court held a further Status Conference in the above captioned case.   Shawn A. McMillan of The Law Offices of Shawn A. McMillan, A.P.C. appeared on behalf of the Debtor. Other appearances were as stated on the record of the proceedings before the Court.

The Court reviewed the Status Conference Report previously filed by Debtor, other documents on file in this Chapter 11 case, as well as hearing issues raised by counsel at the hearing.

**IT IS HEREBY ORDERED** that:

1. The last day to file any objection to timely filed Proofs of Claim shall be August 5, 2011;

2. A further status conference shall be held on September 7, 2011 at 11:00 a.m. The Debtor shall file a Status Conference Report no later than August 31, 2011. In its Status Conference Report the Debtor shall advise the Court as to the progress it has made in formulating its plan and required disclosures. In addition, the Debtor shall report on the status of any claim objections or proceedings to estimate the value of claims.

### 

DATED: June 28, 2011

United States Bankruptcy Judge

- 2 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

   4955 Via Lapiz, San Diego, CA   92122-3910

A true and correct copy of the foregoing document described as **ORDER SETTING OBJECTION BAR DATE AND FURTHER STATUS CONFERENCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**  On  *June 23, 2011* , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

U.S. Bankruptcy Court
Ronald Reagan Federal Building
Hon. Robert N. Kwan
411 W. Fourth St., Suite 5165
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.   Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 23, 2011 | Shawn A. McMillan | /s/ Shawn A. McMillan |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

- 3 -

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER SETTING OBJECTION BAR DATE AND FURTHER STATUS CONFERENCE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **June 27, 2011,** the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

* Michael J Hauser           michael.hauser@usdoj.gov
* Shawn A McMillan           attyshawn@netscape.net
* United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
* Maurice Wainer             mrwainer@aol.com
* Robyn Ikehara              rli@epsteinturnerweiss.com

**II.    SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor
   Western Supreme, Inc., 11412 Drysdale Lane, Los Alamitos, CA 90720

**III.    TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below: