Shawn A. McMillan, Esq., SBN 208529
attyshawn@netscape.net
J.I. McMillan, Esq., SBN 68584
LAW OFFICES OF SHAWN A. MCMILLAN, APC
4955 Via Lapiz
San Diego, California 92122-3910
Tel: (858) 646-0069 Fax:(206) 600-4582

(Proposed) General Insolvency Counsel for
Debtor and Debtor-in-Possession

FILED & ENTERED

SEP 07 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kent    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>WESTERN SUPREME, INC.,<br>  dba SUNNY CALIFORNIA POULTRY,<br>  dba UNITED FOOD COMPANY,<br><br>Debtor and Debtor-in-Possession. | CASE NO. 8:11-bk-10976-RK<br><br>Chapter 11<br><br>**ORDER DISALLOWING CLAIM NO. 15 FILED BY ABEL LOZA.**<br><br>DATE:    August 23, 2011<br>TIME:     2:30 p.m.<br>PLACE:   Courtroom 5D |

On August 23, 2011, at 2:30 p.m., the Court held a hearing on Debtor in Possession Western Supreme, Inc.'s motion for an order disallowing claim number 15 filed by Abel Loza. (the "Motion"). Shawn A. McMillan of the Law Offices of Shawn A. McMillan, A.P.C. appeared on behalf of the Debtor in Possession Western Supreme, Inc. There was no appearance on behalf of Claimant Abel Loza.

The Court reviewed the motion, the documents filed in support thereof, and other documents on file in this case. The notice given of the hearing on the Motion was sufficient, but the Claimant filed no response to the motion.

//

- 1 -

1  For the above reasons, and good cause appearing, the Court grants the motion of
2  Western Supreme for an order disallowing claim number 15 filed by Abel Loza.

3  IT IS HEREBY ORDERED that the motion of Western Supreme is granted:

4  Claim number 15 filed by Abel Loza. is disallowed.

###

DATED: September 7, 2011

_____
United States Bankruptcy Judge

- 2 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4955 Via Lapiz, San Diego, CA 92122-3910

A true and correct copy of the foregoing document described as **ORDER DISALLOWING CLAIM NO. 15 FILED BY ABEL LOZA.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On *August 30, 2011*, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

U.S. Bankruptcy Court
Ronald Reagan Federal Building
Hon. Robert N. Kwan
411 W. Fourth St., Suite 5165
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *August 30, 2011,* I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 30, 2011 | Shawn A. McMillan | /s/ Shawn A. McMillan |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER DISALLOWING CLAIM NO. 15 FILED BY ABEL LOZA.** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **September 6, 2011,** the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

* Michael J Hauser    michael.hauser@usdoj.gov
* Shawn A McMillan    attyshawn@netscape.net
* United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov
* Maurice Wainer    mrwainer@aol.com
* Robyn Ikehara    rli@epsteinturnerweiss.com

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor
Western Supreme, Inc.
111412 Drysdale Lane
Los Alamitos, CA 90720

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

Claimant
Abel Loza
1736 Workman St. #303
Los Angeles, CA 90033